**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

NANCY STUMP,

Plaintiff,

v. Case No. 2:23-cv-621-KCD-KRH

HALLMARK RETAIL, LLC,

Defendant.

_____________________________/

**ORDER**

This matter is before the Court on pro se Plaintiff Nancy Stump's Motion for Leave to File Electronically (Doc. 44). The Court denies the motion.

Stump seeks CM/ECF access to file papers electronically in this action. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011). Stump explains, in one sentence, that access would let her file "in compliance with the Court's rule and procedures." (Doc. 44). The Court is unpersuaded by this reason. Her case has been pending since August 2023, and Stump has filed her papers without CM/ECF access throughout. Nothing about that has changed.

To the extent that Stump seeks access to avoid delays from mail service, that

is not enough either. Courts routinely reject that argument, because if it were sufficient, "the exception would swallow the rule." *Gerow v. Blackwell*, No. 8:24-cv-2280-KKM-NHA, 2024 WL 4679030, at *1 (M.D. Fla. Nov. 5, 2024).

Stump has not shown good cause or extenuating circumstances warranting CM/ECF access. She has already consented to receiving electronic notice of case filings and events, and she will continue to receive it.

**ORDERED:**

Plaintiff's Motion for Leave to File Electronically (Doc. 44.) is **DENIED.**

In Fort Myers, Florida on July 22nd, 2026.

Kevin R. Huguelet
United States Magistrate Judge